UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

LUCY ANNE HYDER, and
RUTH LOUISE BRANSTETTER,

                Defendants.

No. CR12-5139BHS

**PROTECTIVE ORDER**

This matter, having come before the Court on a Motion for Entry of a Protective Order, the Court hereby enters the following with respect to defendants, LUCY ANNE HYDER and RUTH LOUISE BRANSTETTER:

**PROTECTIVE ORDER**

The personal information related to any victims or potential witnesses, and any document containing personal information related to any victims or potential witnesses, provided by the government in discovery, is deemed Protected Material. As used in this Order, the term "personal information" refers to each victim's or potential witness's date of birth, Social Security number, driver's license number, bank account numbers, credit/debit card numbers, personal identification numbers, address, telephone number, location of employment, and other contact information.

Possession of Protected Material is limited to the attorneys of record in the above captioned case and members of the defense teams assigned to assist with the representation of the defendants. The attorneys of record and members of the defense teams may not provide

PROTECTIVE ORDER/DOOR *et al.*
No. CR12-5139BHS - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

copies of the Protected Material to any other person, including any defendant in this case, unless personal information relating to persons other than the defendants or law enforcement officers is redacted, as discussed below.

This order does not prohibit defense counsel or members of the defense team from reviewing or discussing the contents of documents containing personal information with the defendants and prospective witnesses, and providing copies of documents in which personal information relating to persons other than the defendants or law enforcement officers is redacted, as long as the attorneys of record do not share any such personal information with the defendants or prospective witnesses. Counsel and counsel's employees shall keep any Protected Material secured whenever the Protected Material is not being used in furtherance of their work in the above captioned case.

This Order may be modified if circumstances warrant and upon Order of the Court.

Violation of this Protective Order shall subject the violator to contempt of Court, or any monetary or other sanctions deemed appropriate by the Court.

DATED this 25th day of April, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Steven T. Masada*
STEVEN T. MASADA
Assistant United States Attorney

*s/ Roger A. Hunko (by e-mail authorization)*
ROGER A. HUNKO
Attorney for Lucille Hyder

*s/ William R. Michelman (by e-mail authorization)*
WILLIAM R. MICHELMAN
Attorney for Ruth Branstetter

PROTECTIVE ORDER/DOOR *et al.*
No. CR12-5139BHS - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970